United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIKE AKHIONBARE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03647 |
| | § | |
| GREGORY FUNDING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Came on to be heard Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 3). After considering the Motion and the response, if any, the Court finds that the Motion should be granted.

It is ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED and therefore Plaintiff's claims against Defendant are hereby dismissed with prejudice.

It is so ORDERED.

SIGNED on June 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge